## G. C. CLARY v. THE STATE.

No. 9840. Delivered October 21, 1925.

**Forgery—No Statement of Facts—No Bills of Exception.**

This record contains neither a statement of facts, nor bills of exception, and, no error appearing, is affirmed.

Appeal from the District Court of Taylor County. Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction for forgery; penalty, three years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is forgery; punishment fixed at confinement in the penitentiary for a period of three years.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

*Affirmed.*